IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-cr-00260 |
| | ) | JUDGE HAYNES |
| ABDULLAHI HASHI (11) | ) | |

### DEFENDANT ABDULLAHI HASHI'S MOTION TO JOIN MOTION BY CO-DEFENDANT KAYACHITH TO DISMISS COUNT 13 OF THE SECOND SUPERSEDING INDICTMENT

Defendant Abdullahi Hashi (11), by and through the undersigned counsel, moves this Honorable Court for permission to join the Motion to Dismiss Count 13 of the Second Superseding Indictment filed by co-defendant Kayachith (Docket Entry No. 1513).[1] Defendant Hashi would show to the Court that he is also indicted in Counts 12 and 13, and the motion to dismiss would equally apply to his case.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
DAVID L. COOPER, BPR# 11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant
Abdullahi Hashi*

---

[1] Undersigned counsel recognizes this motion to join is being filed outside the deadline of February 21, 2012, and respectfully request permission to file it on behalf of Defendant Hashi. The Motion to Dismiss Count 13 (Docket Entry No. 1513) was not viewed by undersigned counsel until this morning due in part to the large number of filings yesterday that at times came in through PACER with the calmness of a Gatling gun.

[Handwritten note in right margin: "Granted. The motion to join is Granted. [signature] 2-24-12"]