IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-cr-00260 |
| | ) | JUDGE HAYNES |
| ABDULLAHI HASHI (11) | ) | |

## DEFENDANT'S MOTION TO JOIN MOTION BY CO-DEFENDANT ALI AS TO NUMBER OF PEREMPTORY CHALLENGES AND JURY SELECTION PROCESS

Defendant Abdullahi Hashi (11), by and through the undersigned counsel, moves this Honorable Court for permission to join the motion filed by co-defendant Musse Ali (Docket Entry No. 1754) as to the number of peremptory challenges for the government, and jury selection process so as to allow defense counsel to confer for at least thirty (30) minutes.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
DAVID L. COOPER, BPR# 11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant*
*Abdullahi Hashi*

[Handwritten: Granted. This motion is granted. Will [illegible] 3-5-12]

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **Motion of Abdullahi Hashi to Join Motion No. 1754 by Co-defendant Ali** has been delivered by the Court's CM/ECF system to **Van S. Vincent, AUSA,** 110 9th Ave. South, Suite A-961, Nashville, TN 37203-3870, and the other counsel of record, on this __2nd__ day of March, 2012.

s/ DAVID L. COOPER
DAVID L. COOPER