IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-cr-00260 |
| | ) | JUDGE HAYNES |
| ABDULLAHI HASHI (11) | ) | |

### DEFENDANT ABDULLAHI HASHI'S MOTION TO JOIN MOTION BY CO-DEFENDANT YUSUF FOR THE COURT TO ISSUE SUBPOENAS REQUIRING THE PRODUCTION OF A DNA SAMPLE FROM IBRAHIM HASSAN AND JANE DOE TWO

Defendant Abdullahi Hashi (11), by and through the undersigned counsel, moves this Court for permission to join the motion filed by co-defendant Yassin Yusuf as to the issuance of two (2) Rule 17 subpoenas as to Ibrahim Hassan and Jane Doe Two so as to compel a DNA sample for the limited purpose of determining paternity, and whether Mr. Hassan is the biological father of Jane Doe Two (DE No. 1943). Defendant Hashi submits that he has standing to join this motion since he filed a companion motion to the original motion filed by co-defendant Yusuf (*See*, Docket Entry No. 1506).

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
DAVID L. COOPER, BPR# 11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant*
*Abdullahi Hashi*

1

[Handwritten annotation: "OKDSH The motion to join is GRANTED. [signature] 3-14-12"]