IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-cr-00260 |
| | ) | JUDGE HAYNES |
| ABDULLAHI HASHI (11) | ) | |

*[Handwritten note: Granted. The motion to join is Granted. /s/ [Judge] 3-28-12]*

### DEFENDANT ABDULLAHI HASHI'S MOTION TO JOIN RESPONSE IN OPPOSITION FILED BY DEFENDANT YUSUF (29) AS TO JD2's MOTION TO BE ACCOMPANIED BY AN ADULT ATTENDANT

Defendant Abdullahi Hashi (11), by and through the counsel, moves this Honorable Court for permission to join the response in opposition filed by co-defendant Yassin Yusuf (Docket Entry No. 2158) as to the motion under 18 U.S.C. § 3509 on behalf of JD2 requesting to be accompanied by an adult attendant, and other stipulations. (See, Docket Entry No. 2151).

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
DAVID L. COOPER, BPR# 11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant*
*Abdullahi Hashi*

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **Motion of Abdullahi Hashi to Join Response No. 2158 filed by co-defendant Yusuf** has been delivered by the Court's CM/ECF system to **Van S. Vincent, AUSA,** 110 9th Ave. South, Suite A-961, Nashville, TN 37203-3870, and the other counsel of record, on this __28th__ day of March, 2012.

s/ DAVID L. COOPER
DAVID L. COOPER